PATENT

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:25–cv–11446–ADB

| | |
|---|---|
| Metrom Rail, LLC v. Massachusetts Bay Transportation Authority et al | Date Filed: 05/21/2025 |
| Assigned to: Judge Allison D. Burroughs | Jury Demand: Plaintiff |
| Cause: 28:1338 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Metrom Rail, LLC** | represented by | **Gregory C. Schodde** |

McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Ste 34th Floor
Chicago, IL 60661
312–775–8000
Email: gschodde@mcandrews–ip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Havel Hallerud**
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661
312–775–8027
Email: challerud@mcandrews–ip.com
*ATTORNEY TO BE NOTICED*

**Philip C. Swain**
Law Office of Philip Swain, LLC
114 Pine Hill Lane
Concord, MA 01742
617–365–4844
Email: pcs@philswainlaw.com
*ATTORNEY TO BE NOTICED*

**Rajendra A Chiplunkar**
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
Ste 34th Floor
Chicago, IL 60661
312–775–8000
Email: rchiplunkar@mcandrews–ip.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Massachusetts Bay Transportation Authority** | represented by | **Payal Salsburg** |

Laredo, Smith & Kane, LLP
101 Federal Street

Suite 650
Boston, MA 02110
617–443–1100
Email: salsburg@laredosmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Piper Networks, Inc.**                    represented by   **Howard Wisnia**
Wisnia PC
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
858–461–0989
Email: howard@wisnialaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrea L. Martin**
Troutman Pepper Locke LLP
111 Huntington Ave
Boston, MA 02199
617–239–0113
Email: andrea.martin@troutman.com
*ATTORNEY TO BE NOTICED*

**Nicole Cunningham**
Dority & Manning, P.A.
2869 Historic Decatur Road
San Diego, CA 92106
864–271–1592
Email: ncunningham@dority–manning.com
*ATTORNEY TO BE NOTICED*

**Steven A Moore**
Dority & Manning, P.A.
2869 Historic Decatur Rd,
92106
San Diego, CA 92106
864–271–1592
Email: smoore@dority–manning.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2025 | Ï 1 | Civil Cover Sheet re 2 Complaint filed by Metrom Rail, LLC.(Swain, Philip) Modified docket text on 5/22/2025 (SB). (Entered: 05/21/2025) |
| 05/21/2025 | Ï 2 | COMPLAINT against All Defendants Filing fee: $ 405, receipt number AMADC–11023289 (Fee Status: Filing Fee paid), filed by Metrom Rail, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A −9,043,131, # 3 Exhibit B − 9,371,738, # 4 Exhibit C − Piper Signal Modernization, # 5 |

| | | |
|---|---|---|
| | | Exhibit D – 57–14 Collision Avoidance System, # 6 Exhibit E – RFP 24–16 Add 8 January 8 2018, # 7 Exhibit F – VE–16–045 Addendum 8 January 8 2018, # 8 Exhibit G – RFP 80F–24 Green Line Train Protection, # 9 Exhibit H – Tech Spec VE–24 056 Green Line Protection, # 10 Exhibit I – GLTPS–2 Staff Summary Presentation)(Swain, Philip) Modified docket text on 5/22/2025 (SB). Modified on 5/22/2025 to edit docket text (KLM). (Entered: 05/21/2025) |
| 05/21/2025 | Ï 3 | Corporate Disclosure Statement filed by Metrom Rail, LLC.(Swain, Philip) Modified docket text on 5/22/2025 (SB). (Entered: 05/21/2025) |
| 05/21/2025 | Ï 4 | *Report to USPTO on the Filing of an Action Regarding a Patent or Trademark AO 120* by Metrom Rail (Swain, Philip) Modified on 5/22/2025 to edit docket text (KLM). (Entered: 05/21/2025) |
| 05/22/2025 | Ï 5 | **ELECTRONIC NOTICE TO COUNSEL:** Counsel shall complete and file in PDF format a Local Category Form. The form can be found on the court's website under Resources/Forms. Counsel will use the event under Other Documents– Civil Cover Sheet & Category Sheet. (KLM) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 6 | ~~**ELECTRONIC NOTICE TO COUNSEL:** Counsel shall complete and file in PDF format a Report on Filing or Determination Re: Patent or Trademark AO 120. The form can be found on the court's website under Resources/Forms/Local Forms. Counsel will use the event under Other Documents – Report on the filing of patent/trademark case.(KLM)~~ Modified on 5/22/2025 to strike due to being entered in error(KLM). (Entered: 05/22/2025) |
| 05/22/2025 | Ï 7 | ELECTRONIC NOTICE of Case Assignment. Judge Allison D. Burroughs assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (CEH) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 8 | Category Form re 2 Complaint by Metrom Rail, LLC. (Swain, Philip) Modified on 5/22/2025 to edit docket text (KLM). (Entered: 05/22/2025) |
| 05/22/2025 | Ï 9 | Summons Issued as to Massachusetts Bay Transportation Authority, Piper Networks, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (KLM) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 10 | REPORT ON THE FILING OF AN ACTION REGARDING PATENT OR TRADEMARK. (Swain, Philip) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Gregory C.Schodde Filing fee: $ 125, receipt number AMADC–11026109 by Metrom Rail, LLC. (Attachments: # 1 Affidavit Affidavit/Certificate of Gregory Schodde)(Swain, Philip) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 12 | MOTION for Leave to Appear Pro Hac Vice for admission of Christian H. Hallerud Filing fee: $ 125, receipt number AMADC–11026165 by Metrom Rail, LLC. (Attachments: # 1 Affidavit Affidavit/Certifcate of Christian Hallerud)(Swain, Philip) Modified on 5/23/2025 to correct middle initial of Attny. Hallerud (CAM). (Entered: 05/22/2025) |
| 05/22/2025 | Ï 13 | MOTION for Leave to Appear Pro Hac Vice for admission of Rajendra A. Chiplunkar Filing fee: $ 125, receipt number AMADC–11026193 by Metrom Rail, LLC. (Attachments: # 1 Affidavit Affidavit/Certificate of Rajendra Chiplunkar)(Swain, Philip) (Entered: 05/22/2025) |
| 05/23/2025 | Ï 14 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 11 , 12 and 13 Motions for Leave to Appear Pro Hac Vice of Gregory C.Schodde, Christian H. Hallerud and Rajendra A. Chiplunkar. |

**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**

Pro Hac Vice Admission Request Instructions
https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.

A Notice of Appearance must be entered on the docket by each newly admitted attorney.

**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 05/23/2025)

| 05/27/2025 | 15 | NOTICE of Appearance by Gregory C. Schodde on behalf of Metrom Rail, LLC (Schodde, Gregory) (Entered: 05/27/2025) |
| 05/27/2025 | 16 | NOTICE of Appearance by Christian Havel Hallerud on behalf of Metrom Rail, LLC (Hallerud, Christian) (Entered: 05/27/2025) |
| 05/27/2025 | 17 | NOTICE of Appearance by Rajendra A Chiplunkar on behalf of Metrom Rail, LLC (Chiplunkar, Rajendra) (Entered: 05/27/2025) |
| 06/09/2025 | 18 | SUMMONS Returned Executed Massachusetts Bay Transportation Authority served on 5/31/2025, answer due 6/23/2025. (Schodde, Gregory) (Entered: 06/09/2025) |
| 06/16/2025 | 19 | SUMMONS Returned Executed Piper Networks, Inc. served on 5/29/2025, answer due 6/20/2025. (Schodde, Gregory) (Entered: 06/16/2025) |
| 06/19/2025 | 20 | Consent MOTION for Extension of Time to July 23, 2025 to answer, move or otherwise respond to the Complaint *on behalf of Massachusetts Bay Transportation Authority and Piper Networks, Inc.* by Metrom Rail, LLC.(Schodde, Gregory) (Entered: 06/19/2025) |
| 06/20/2025 | 21 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 20 Motion for Extension of Time to July 23, 2025 to answer, move or otherwise respond to the Complaint on behalf of Massachusetts Bay Transportation Authority and Piper Networks, Inc. (KF) (Entered: 06/20/2025) |
| 06/27/2025 | 22 | MOTION for Preliminary Injunction by Metrom Rail, LLC. (Attachments: # 1 Text of Proposed Order)(Schodde, Gregory) (Entered: 06/27/2025) |
| 06/27/2025 | 23 | MOTION to Expedite *Discovery* by Metrom Rail, LLC. (Attachments: # 1 Text of Proposed Order)(Schodde, Gregory) (Entered: 06/27/2025) |
| 06/27/2025 | 24 | MEMORANDUM in Support re 23 MOTION to Expedite *Discovery*, 22 MOTION for Preliminary Injunction filed by Metrom Rail, LLC. (Attachments: # 1 Affidavit of Christian H. Hallerud, # 2 Exhibit A – 9,043,131, # 3 Exhibit B – 9,731,738, # 4 Exhibit C – Declaration of James A. Marchi, # 5 Exhibit D – Tech Spec VE–24–056, # 6 Exhibit E – GLTPS–2 Staff Summary Presentation, # 7 Exhibit F – Piper Signal Modernization, # 8 Exhibit G – Claim Chart U.S. 9,043,131, # 9 Exhibit H – Claim Chart U.S. 9,731,738, # 10 Exhibit I – Excerpt of R. Nickle, # 11 Exhibit J – Metrom's Proposed First Set of Request for Production)(Schodde, Gregory) (Entered: 06/27/2025) |
| 07/09/2025 | 25 | Consent MOTION and Stipulation Regarding Briefing of Plaintiff's Motions for Expedited Discovery and Preliminary Injunction *(Agreed by all parties)* by Metrom Rail, LLC.(Schodde, Gregory) (Entered: 07/09/2025) |

| 07/09/2025 | 26 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 25 Consent MOTION and Stipulation Regarding Briefing of Plaintiff's Motions for Expedited Discovery and Preliminary Injunction. (KF) (Entered: 07/09/2025) |
|---|---|---|
| 07/10/2025 | 27 | NOTICE of Appearance by Andrea L. Martin on behalf of Piper Networks, Inc. (Martin, Andrea) (Entered: 07/10/2025) |
| 07/14/2025 | 28 | Consent MOTION for Leave to Appear Pro Hac Vice for admission of Howard Wisnia, Nicole Cunningham, Steven Moore Filing fee: $ 375, receipt number AMADC−11119870 by Piper Networks, Inc.. (Attachments: # 1 Affidavit Howard Wisnia, # 2 Affidavit Nicole Cunningham, # 3 Affidavit Steven Moore)(Martin, Andrea) (Entered: 07/14/2025) |
| 07/14/2025 | 29 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 28 Motion for Leave to Appear Pro Hac Vice Added Howard Wisnia.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>; granting 28 Motion for Leave to Appear Pro Hac Vice of Nicole Cunningham, Steven Moore.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at  https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>Notices of Appearance must be entered on the docket by the newly admitted attorneys.<br><br>**Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (CAM) (Entered: 07/14/2025) |
| 07/15/2025 | 30 | NOTICE of Appearance by Payal Salsburg on behalf of Massachusetts Bay Transportation Authority (Salsburg, Payal) (Entered: 07/15/2025) |
| 07/15/2025 | 31 | Opposition re 23 MOTION to Expedite *Discovery on behalf of all Defendants* filed by Piper Networks, Inc.. (Attachments: # 1 Affidavit Nicole Cunningham, # 2 Exhibit A, # 3 Exhibit B)(Martin, Andrea) (Entered: 07/15/2025) |
| 07/22/2025 | 32 | Consent MOTION for Leave to File *Reply Memorandum ISO Motion for Expedited Discovery* by Metrom Rail, LLC. (Attachments: # 1 Exhibit A − Reply In Support of Motion for Expedited Discovery)(Schodde, Gregory) (Entered: 07/22/2025) |
| 07/23/2025 | 33 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 32 Consent Motion for Leave to File Reply Memorandum ISO Motion for Expedited Discovery by Metrom Rail, LLC ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (CAM) (Entered: 07/23/2025) |

| 07/23/2025 | 34 | REPLY to Response to 23 MOTION to Expedite *Discovery* filed by Metrom Rail, LLC. (Schodde, Gregory) (Entered: 07/23/2025) |
|---|---|---|
| 07/23/2025 | 35 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *, OR IN THE ALTERNATIVE, TRANSFER VENUE* by Piper Networks, Inc..(Martin, Andrea) (Entered: 07/23/2025) |
| 07/23/2025 | 36 | MEMORANDUM in Support re 35 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *, OR IN THE ALTERNATIVE, TRANSFER VENUE* filed by Piper Networks, Inc.. (Martin, Andrea) (Entered: 07/23/2025) |
| 07/23/2025 | 37 | AFFIDAVIT of Nicole Cunningham in Support re 35 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *, OR IN THE ALTERNATIVE, TRANSFER VENUE* filed by Piper Networks, Inc.. (Attachments: # 1 Exhibit A)(Martin, Andrea) (Entered: 07/23/2025) |
| 07/23/2025 | 38 | AFFIDAVIT of Cheryl Doherty in Support re 35 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *, OR IN THE ALTERNATIVE, TRANSFER VENUE* filed by Piper Networks, Inc.. (Martin, Andrea) (Entered: 07/23/2025) |
| 07/23/2025 | 39 | Request for Judicial Notice *regarding Exhibit A to Cunningham Declaration [ECF 37]* by Piper Networks, Inc.. (Martin, Andrea) (Entered: 07/23/2025) |
| 07/23/2025 | 40 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Massachusetts Bay Transportation Authority.(Salsburg, Payal) (Entered: 07/23/2025) |
| 07/23/2025 | 41 | MEMORANDUM in Support re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Massachusetts Bay Transportation Authority. (Salsburg, Payal) (Entered: 07/23/2025) |
| 08/06/2025 | 42 | RESPONSE to Motion re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 35 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *, OR IN THE ALTERNATIVE, TRANSFER VENUE* filed by Metrom Rail, LLC. (Schodde, Gregory) (Entered: 08/06/2025) |
| 08/06/2025 | 43 | DECLARATION re 42 Response to Motion *to Dismiss the Complaint or, in the Alternative, Transfer Venue* by Metrom Rail, LLC. (Attachments: # 1 Exhibit 1 – Tech Spec VE–24–056 Green Line Train Protection System, # 2 Exhibit 2 – Piper Field Service Technician Post, # 3 Exhibit 3 – LinkedIn Field Service Technician Post, # 4 Exhibit 4 – Piper Field Service Manager Post, # 5 Exhibit 5 – LinkedIn Field Service Manager Post, # 6 Exhibit 6 – Job Listings – Piper Networks Jobs, # 7 Exhibit 7 – Metrom's First Set of RFP, # 8 Exhibit 8 – MBTA BoD Meeting)(Schodde, Gregory) (Entered: 08/06/2025) |
| 08/07/2025 | 44 | NOTICE of Appearance by Nicole Cunningham on behalf of Piper Networks, Inc. (Cunningham, Nicole) (Entered: 08/07/2025) |
| 08/07/2025 | 45 | NOTICE of Appearance by Steven A Moore on behalf of Piper Networks, Inc. (Moore, Steven) (Entered: 08/07/2025) |
| 08/11/2025 | 46 | MOTION for Leave to File *UNOPPOSED – – Leave to File Reply in further support of Motion to Dismiss* by Piper Networks, Inc..(Martin, Andrea) (Entered: 08/11/2025) |
| 08/12/2025 | 47 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 46 Unopposed Motion for Leave to File Reply; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (CAM) (Entered: 08/12/2025) |
| 08/18/2025 | 48 | REPLY to Response to 35 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *, OR IN THE ALTERNATIVE, TRANSFER VENUE LEAVE TO FILE GRANTED ON AUGUST 12, 2025 (ECF # 47)* filed by Piper Networks, Inc.. (Attachments: # 1 Affidavit Cunningham, # 2 Exhibit |

| | | A)(Martin, Andrea) (Entered: 08/18/2025) |
|---|---|---|
| 08/18/2025 | 49 | Request for Judicial Notice *regarding Exhibit A to Cunningham Declaration [ECF 48–2]* by Piper Networks, Inc.. (Martin, Andrea) (Entered: 08/18/2025) |
| 08/25/2025 | 50 | MOTION for Leave to File *a Supplemental Surresponse and Declaration in Further Support of Plaintiff's Opposition to Defendants' Motions to Dismiss (Opposed in Part, Unopposed in Part)* by Metrom Rail, LLC. (Attachments: # 1 Exhibit A – Metrom Surresponse, # 2 Exhibit B – Supplemental Declaration ISO Metrom's Response)(Schodde, Gregory) (Entered: 08/25/2025) |
| 08/27/2025 | 51 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered GRANTING 50 Motion for Leave to File a Supplemental Surresponse and Declaration in Further Support of Plaintiff's Opposition to Defendants' Motions to Dismiss ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (CAM) (Entered: 08/27/2025) |
| 08/27/2025 | 52 | Supplemental RESPONSE to Motion re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 35 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , *OR IN THE ALTERNATIVE, TRANSFER VENUE (Surresponse)* filed by Metrom Rail, LLC. (Schodde, Gregory) (Entered: 08/27/2025) |
| 08/27/2025 | 53 | DECLARATION re 52 Response to Motion, *Supplemental Declaration in Response to Defendants' Motions to Dismiss the Complaint or, in the Alternative, Transfer Venue* by Metrom Rail, LLC. (Attachments: # 1 Exhibit 9 – Piper Current Job Listings, # 2 Exhibit 10 – Piper Field Service Technician, # 3 Exhibit 11 – Piper Field Service Manager)(Schodde, Gregory) (Entered: 08/27/2025) |
| 09/24/2025 | 54 | MOTION to Sever , MOTION to Stay ( Responses due by 10/8/2025) by Massachusetts Bay Transportation Authority.(Salsburg, Payal) (Entered: 09/24/2025) |
| 09/24/2025 | 55 | MEMORANDUM in Support re 54 MOTION to Sever MOTION to Stay filed by Massachusetts Bay Transportation Authority. (Attachments: # 1 Exhibit)(Salsburg, Payal) (Entered: 09/24/2025) |
| 10/08/2025 | 56 | MOTION requesting a date for an initial conference under Rule 16 (opposed); and an extension of Metrom's date for filing supplemental papers re: its motion for a preliminary injunction (unopposed) by Metrom Rail, LLC.(Schodde, Gregory) (Entered: 10/08/2025) |
| 10/08/2025 | 57 | Opposition re 54 MOTION to Sever MOTION to Stay filed by Metrom Rail, LLC. (Attachments: # 1 Declaration of Christian H. Hallerud, # 2 Exhibit A – Excerpt of the RFP of the Green Line Train Protection System, No. 80F–24)(Schodde, Gregory) (Entered: 10/08/2025) |
| 10/09/2025 | 58 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. Plaintiff&rsquo;s motion for a conference under Rule 16 and for extension of time, [ECF No. 56 ], is *GRANTED IN PART* and *DENIED IN PART*. The deadlines for filing supplemental papers regarding the pending motion for preliminary injunction, see [ECF Nos. 25 , 26 ], are stayed pending further order by the Court. (CAM) (Entered: 10/09/2025) |
| 10/10/2025 | 59 | Assented to MOTION for Leave to File *Reply in Support of Motion to Sever/Stay* by Massachusetts Bay Transportation Authority.(Salsburg, Payal) (Entered: 10/10/2025) |
| 10/15/2025 | 60 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 59 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (CAM) (Entered: 10/15/2025) |
| 10/20/2025 | 61 | |

| | | |
|---|---|---|
| | | REPLY to Response to <u>54</u> MOTION to Sever MOTION to Stay filed by Massachusetts Bay Transportation Authority. (Salsburg, Payal) (Entered: 10/20/2025) |
| 12/08/2025 | 62 | Judge Allison D. Burroughs: MEMORANDUM AND ORDER entered. "... For the foregoing reasons, Piper's motion to dismiss or transfer, [ECF No. <u>35</u> ], is GRANTED. Metrom's claims against Piper are transferred to the Southern District of New York and Piper may renew its Rule 12(b)(6) motion in the transferee court. The MBTA's motion to sever and stay, [ECF No. <u>54</u> ], is GRANTED. Metrom's claims against the MBTA are stayed pending final judgment on Metrom's claims against Piper, without prejudice to subsequent motions to modify or vacate the stay for good cause shown. Metrom's motions for a preliminary injunction and to expedite discovery, [ECF Nos. <u>22</u> , <u>23</u> ], are DENIED without prejudice. The MBTA's motion to dismiss, [ECF No. <u>40</u> ], is DENIED without prejudice and with leave to renew. The parties shall file status reports no less than every six months indicating the status of Metrom's litigation against Piper in the Southern District of New York, with the first such status report due on or before June 8, 2026. So ordered." <br><br> Status Report due by 6/8/2026.(KF) <br><br> (Entered: 12/08/2025) |