**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**METROM RAIL, LLC**

          **Plaintiff,**

       **-against-**

**MASSACHUSETTS BAY**
**TRANSPORTATION AUTHORITY ET AL**

          **Defendants.**

**25-CV-10417 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters filed December 18, 2025 and December 22, 2025. ECF Nos. 65, 66. Pursuant to Rule 13(b)(3) of the Rules of Division of Business Among District Judges for the Southern District of New York ("Assignment Rules") and Local Rule 1.6, the Parties are ordered to file a Statement of Relatedness regarding this action and 23-cv-2920 by January 6, 2026.

**SO ORDERED.**

Dated: January 2, 2026
      New York, New York

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**