UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
METROM RAIL, LLC,                         :
                                          :
                          Plaintiff,      :        25cv10417 (DLC)
              -v-                         :
                                          :        ORDER
MASSACHUSETTS BAY TRANSPORTATION          :
AUTHORITY and PIPER NETWORKS, INC.,       :
                                          :
                          Defendants.     :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

On January 27, 2026, defendant Piper Networks, Inc. renewed its motion to dismiss the complaint pursuant to Rule 12(b)(3) and 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **February 13, 2026**.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that defendant's January 27, 2026 motion to dismiss is denied as moot, for the reasons discussed on the record during the January 29, 2026 conference.

IT IS FURTHER ORDERED that, if an amended complaint is filed, defendant may renew its motion to dismiss once more by **March 6, 2026**.  Plaintiff shall file any opposition to the

motion to dismiss by **March 27**.  Defendant's reply, if any, shall be filed by **April 10**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           January 29, 2026

                              _____
                              DENISE COTE
                              United States District Judge

2