UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
                                             :    25cv10417 (DLC)
METROM RAIL, LLC,                            :
                                             :        ORDER
                          Plaintiff,         :
            -v-                              :
                                             :
MASSACHUSETTS BAY TRANSPORTATION             :
AUTHORITY and PIPER NETWORKS, INC.,          :
                                             :
                          Defendants.        :
                                             :
-------------------------------------------- X

DENISE COTE, District Judge:

On February 10, 2026, the plaintiff submitted a letter
requesting permission to file a video file in connection with
its anticipated first amended complaint.

IT IS HEREBY ORDERED that the plaintiff shall deliver two
copies of the video file on CD-roms, DVD-roms, flash drives, or
external hard drives to the Clerk's Office, Records Management,
Room 370, 500 Pearl Street, New York, NY 10007.  The hard copies
shall be labeled with the case name and docket number of this
action.  Upon receipt of the hard copy files, the Clerk of Court
shall retain the files as part of the record in this case and
shall make an entry on ECF noting that hard copies of the files
are retained by the Clerk's Office.

IT IS FURTHER ORDERED that the plaintiff shall submit one
copy of each file to Chambers via email, copying opposing

counsel, at CoteNYSDChambers@nysd.uscourts.gov.

Dated:      New York, New York
            February 10, 2026

_____
            DENISE COTE
       United States District Judge