UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
METROM RAIL, LLC,                   :
                                    :
                    Plaintiff,      :       25cv10417 (DLC)
          -v-                       :
                                    :          ORDER
PIPER NETWORKS, INC.,               :
                                    :
                    Defendant.      :
                                    :
------------------------------------:
                                    X

DENISE COTE, District Judge:

     An Order of January 29, 2026 set a briefing schedule for

defendant Piper Networks's renewed motion to dismiss the amended

complaint.  The motion to dismiss will become fully submitted on

April 10.  Having received plaintiff Metrom Rail's March 23,

2026 motion for a preliminary injunction, it is hereby

     ORDERED that, should the complaint survive the motion to

dismiss, the Court will schedule a conference to discuss a

schedule for Metrom Rail's motion for a preliminary injunction.

Dated:    New York, New York
          March 24, 2026

                              _____
                                      DENISE COTE
                              United States District Judge