UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                           :

METROM RAIL, LLC,                    :

                           :

                Plaintiff,    :     25cv10417 (DLC)
          -v-              :

                           :      ORDER

PIPER NETWORKS, INC.,          :

                           :

                Defendant.    :

                           :

-----------------------------------------X

DENISE COTE, District Judge:

An Opinion and Order of May 20, 2026 denied Piper's March 6, 2026 motion to dismiss in part.  Metrom's claim under the '738 Patent survives, and Metrom's claim under the '131 Patent is dismissed as moot pursuant to the Federal Circuit's recent ruling in <u>Metrom Rail, LLC v. Siemens Mobility, Inc., et al.</u>, Nos. 2024-2223, 2024-2236, 2024-2264, 2026 WL 1295229 (Fed. Cir. May 11, 2026).  It is hereby

ORDERED that, by **June 2, 2026,** the parties shall confer and file a letter on the docket with their proposed next steps in this litigation.

Dated:    New York, New York
          May 20, 2026

                          _____
                              DENISE COTE
                  United States District Judge