UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
METROM RAIL, LLC,                         :
                                          :
                        Plaintiff,        :        25cv10417 (DLC)
            -v-                           :
                                          :        ORDER
PIPER NETWORKS, INC.,                     :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On May 11, 2026, the Federal Circuit issued an opinion and judgment finding that all claims of Metrom's '131 Patent, which are asserted in this case, are unpatentable. See Metrom Rail, LLC v. Siemens Mobility, Inc., et al., Nos. 2024-2223, 2024-2236, 2024-2264, 2026 WL 1295229, at *1 (Fed. Cir. May 11, 2026). An Opinion and Order of May 20, 2026 in the above-captioned matter denied Piper's March 6, 2026 motion to dismiss the claims based on the '738 Patent. Another Order of May 20 required the parties to file a letter with their proposed next steps in the litigation by June 2.

In the parties' joint letter of June 2, Metrom asks the Court to set a briefing schedule for its preliminary injunction motion and Piper asks the Court to stay the case pending final resolution of the '131 Patent-related appeals. It is hereby

ORDERED that the above-captioned matter is stayed until the Federal Circuit's decision on the '131 Patent is final and the court's mandate has issued.  Metrom shall immediately notify the Court once the mandate has issued.  At that time, both parties shall be prepared to discuss a schedule for resolution of issues related to claim construction and the validity of the '738 Patent.

IT IS FURTHER ORDERED that Piper's March 23, 2026 renewed motion for a preliminary injunction is denied without prejudice to renewal.

Dated:    New York, New York
          June 4, 2026

_____
          DENISE COTE
United States District Judge